# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1417

_____

Estelean Jeanette Dodge

*Plaintiff - Appellant*

v.

Hartford Life and Accident Insurance Company

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: January 26, 2018
Filed: February 13, 2018
[Unpublished]
_____

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

Estelean Jeanette Dodge appeals after the District Court[1] dismissed her complaint alleging that she had been wrongfully denied long-term disability benefits

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

and asserting a claim under the Employment Retirement Income Security Act. The District Court dismissed the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, concluding in a well-reasoned order that the cause of action was time-barred. After de novo review, we conclude that the dismissal was proper for the reasons stated by the District Court.[2]  See Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (standard of review).

We affirm the judgment of the District Court.  See 8th Cir. R. 47B.

_____

[2]We decline to consider issues raised for the first time on appeal or documents that were not before the District Court.  See Dubinsky v. Mermart, LLC, 595 F.3d 812, 819 (8th Cir. 2010); Griffin v. Super Valu, 218 F.3d 869, 871 (8th Cir. 2000).